STATE of Missouri, Respondent,

v.

Joseph M. MONTOYA, Appellant.

No. WD 36640.

Missouri Court of Appeals,
Western District.

Sept. 24, 1985.

Motion for Rehearing and/or Transfer to
Supreme Court Overruled and Denied
Dec. 3, 1985.

Application to Transfer Denied
Jan. 15, 1986.

Holly G. Simons, Columbia, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before MANFORD, P.J., and PRITCHARD and LOWENSTEIN, JJ.

### ORDER

PER CURIAM:

Direct appeal from jury conviction for burglary, second degree, § 569.170 RSMo., (1978), and property damage, third degree, in violation of § 569.120 RSMo. (1978).

Judgment affirmed. Rule 30.25(b).